UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CR-117-TAV-JEM-3 |
| KHADIJAH ADAMS, | ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on January 10, 2023 [Doc. 21], in which Judge McCook recommends that the Court deny the government's emergency motion for revocation of magistrate judge's release order [Doc. 6] and affirm Magistrate Judge Taryn A. Merkl's release of defendant on conditions pending trial. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 21]. The government's Emergency Motion under 18 U.S.C. § 3145 for Revocation of Magistrate Judge's Release Order [Doc. 6] is **DENIED** and Judge Merkl's order releasing defendant on conditions pending trial is **AFFIRMED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE